

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00363-CR

Hugh Henry **FULLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5437
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  July 29, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant

and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this

appeal. *See id.*

PER CURIAM

DO NOT PUBLISH